UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| THE STANDARD BEEF COMPANY, | ) Case No. 08-30377 lmw |
| | ) |
| Debtor | ) February 8, 2008 |

**MOTION FOR ORDER AUTHORIZING RULE 2004 EXAMINATION**

The Standard Beef Company, by and through its attorneys, Coan, Lewendon, Gulliver & Miltenberger, LLC, hereby moves for an order authorizing the Rule 2004 Examination of Phil Friend and in support thereof states as follows:

1. On February 6, 2008 The Standard Beef Company filed for relief under Chapter 11 of the United States Bankruptcy Code.

2. Phil Friend was a consultant to the Standard Beef Company.

3. The Standard Beef Company seeks an order authorizing the Rule 2004 Examination of Phil Friend regarding his acts while consulting for the company, the acts, conduct, property and liabilities of the Debtor, and regarding matters which affect the administration of the bankruptcy estate of The Standard Beef Company.

WHEREFORE, The Standard Beef Company seeks an order authorizing the examination of Phil Friend.

                THE STANDARD BEEF COMPANY

                By /s/ Timothy D. Miltenberger
                Timothy D. Miltenberger (ct08874)
                Coan, Lewendon, Gulliver & Miltenberger, LLC
                495 Orange St.
                New Haven, CT 06511
                (203) 624-4756
                (203) 865-3673 Facsimile
                Tmiltenberger@coanlewendon.com