UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| THE STANDARD BEEF COMPANY | ) | Case No. 08-30377 lmw |
| Debtor | ) | |

**DEBTOR'S OBJECTION TO CLAIM NO. 35 OF PHILIP FRIEND**

Debtor objects to Claim No. 35 filed herein by Philip Friend and requests that the Court deny and expunge the claim and states in support as follows:

1. That the claim is not due and owing.

2. The claim is based upon an alleged liability not duly authorized by corporate management.

3. The claim is not qualified for the level of priority asserted.

4. The claim is subject to set-offs that far exceed the alleged value of the claim.

For this and other reasons the Debtor objects to Claim No. 35 of Philip Friend and prays that the Court enter an order denying and expunging the claim and for such other and further relief as the Court deems just and appropriate.